Voss v. City of Indianapolis—172 Ind. 719.

[No. 21,271. Filed April 23, 1909.]

## CITY OF CANNELTON v. HUBER.

[No. 21,272. Filed April 27, 1909.]

---

## VOSS v. CITY OF INDIANAPOLIS ET AL.

[No. 21,359. Filed June 23, 1909.]

## WRIGHT v. CITY OF INDIANAPOLIS ET AL.

[No. 21,362. Filed June 24, 1909.]

## WILSON v. CITY OF INDIANAPOLIS ET AL.

[No. 21,363. Filed June 25, 1909.]

From Superior Court of Marion County (73,552, 73,555, 73,554) ; *Vinson Carter,* Judge.

Petitions for reassessment on account of street improvements. From adverse judgments, plaintiffs appeal. *Appeals dismissed.*

*Denny & Denny, Jameson, Joss & Hay, M. M. Townley* and *Horace L. Gould,* for appellants.
*Frederick E. Matson, Crate D. Bowen, James D. Peirce* and *Joseph F. Cowern,* for appellees.

Montgomery, C. J.—The questions presented by the records in these cases are in all respects the same as those involved in the case of *Randolph* v. *City of Indianapolis* (1909), *ante*, 510, and upon the authority of that case, the appeals herein are dismissed.